IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARMAND I BAKER,

    Plaintiff,

v.

DEPUTY DOHERTY,

    Defendant,

JUDGMENT IN A CIVIL CASE

16-cv-567-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Deputy Doherty dismissing this case without prejudice.

/s/                                                          2/20/2018

Peter Oppeneer, Clerk of Court                   Date